# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**TRACEY GIBSON, et al.**                                                  **PLAINTIFF**

**V.**                                **CIVIL ACTION NO. 1:18-cv-178-SA-DAS**

**HONEYWELL INTERNATIONAL, INC., et al.**
      **DEFENDANT**

## ORDER

The plaintiffs have moved to withdraw [134] their motion for reconsideration [124] of this court's order [114]. The court grants the motion. The motion for reconsideration is terminated.

**SO ORDERED** this the 18th day of March, 2020.


                                               /s/ David A. Sanders
                                               U.S. MAGISTRATE JUDGE